# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Michele Marie Link** DOB: 1979; United States | DOCKET NO.<br>**22-05691MJ** |
| | MAGISTRATE'S CASE NO. |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about February 18, 2022, in the District of Arizona, **Michele Marie Link**, knowing or in reckless disregard that certain aliens, including Hector Jael Hernandez Del Carmen, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On or about February 18, 2022, in the District of Arizona, a United States Border Patrol Agent (BPA) saw a 2009 Ford Focus traveling southbound on SR-85. The vehicle stopped on the side of the road and then continued southbound to the Gastrack gas station near the Port of Entry in Lukeville Arizona. The vehicle pulled into a gas pump and parked. The vehicle did not get any gas and started to drive north on SR-85. A Mobile Surveillance Capable camera operator saw that the vehicle pulled over near mile post 77 and four suspected undocumented noncitizens ran from the desert and got into the back seat. The vehicle continued northbound on SR-85. A BPA parked near mile post 79 saw the vehicle drive past his location and follow it. The BPA activated his emergency equipment and the vehicle stopped. The driver **Michele Marie Link** and adult male front seat passenger were identified as U.S. Citizens. The BPA encountered four additional passengers in the back seat. The passengers were wearing camouflage clothing and admitted that they were in the U.S. illegally. One passenger was identified as Hector Jael Hernandez Del Carmen.

Material witness Hector Jael Hernandez Del Carmen said he had arranged to be smuggled into the United States for money and admitted crossing the U.S. border illegally with several others. Hernandez said that a foot guide walked them in a wash and gave them directions to stay in the wash until they reached the highway where a tan car would pick them up. Hernandez said that a tan car arrived with a female driver and a male passenger. The vehicle drove for approximately 10 minutes before BPA pulled them over.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Hector Jael Hernandez Del Carmen

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/ri | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn by telephone  x  <br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>February 22, 2022 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54